Neal F. Morrow III SBN 295497
Law Offices of Neal F. Morrow III
5318 East 2nd Street #490
Long Beach CA 90803
213 640-7833
neal@calemonlawteam.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Geoffrey Marshall and<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THOR MOTOR COACH INC., Mr. Timothy DeMartini, DBA DeMartini RV Sales; and Does 1 to 10<br><br>　　　　Defendants. | CASE NO.: 2.20-CV-00272-JAM-DB<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Hon. John A. Mendez<br>Department: Courtroom 6 14th Floor |

Plaintiff Geoffrey Marshall and and Defendant(s) THOR MOTOR COACH INC., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Date:  June 11, 2020　　　　　　Law Offices of Neal F. Morrow III

　　　　　　　　　　　　　　　/s/ Neal F. Morrow III, Esq
　　　　　　　　　　　　　　　By: Neal F. Morrow III
　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date:                                     Bravo Law Group, A.P.C.

/s/ Dolores E. Gonzales, Esq

By:  Dolores E. Gonzales, Esq
Attorneys for Defendant
THOR MOTOR COACH INC.,

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

The Clerk is directed to close the file.

Dated:  June 11, 2020

/s/ John A. Mendez_____
Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE